**IT IS HEREBY ADJUDGED and DECREED this is WITHDRAWN.**

**Dated: May 07, 2010**

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
(602) 230-8726

Attorneys for Movant,
BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | ) In Proceedings Under |
| | ) |
| Fernando Chavez, Melanie Chavez, | ) Chapter 7 |
| | ) |
| Debtors. | ) Case No. 2:09-bk-18300-RTBP |
| _____ | ) |
| BAC Home Loans Servicing, LP fka | ) **ORDER TERMINATING** |
| Countrywide Home Loans Servicing LP, its | ) **AUTOMATIC STAY** |
| assignees and/or successors, | ) |
| Movant, | ) |
| v. | ) |
| | ) |
| Fernando Chavez, Melanie Chavez, Debtors; | ) |
| and Diane Weil, Chapter 7 Trustee, | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP ("Movant"), having filed a Motion for Relief from the Automatic Stay with respect to the hereinafter-described property after appropriate notice and opportunity for a hearing, no party in interest having objected to such relief, the Respondents having failed to plead or otherwise defend, and good cause appearing,

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 362(a) and the automatic injunction of 11 U.S.C. § 524(a), are hereby vacated with respect to the property generally described as 3867 South Wagon Trail, Flagstaff, AZ 86001, and Movant, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's sale of the subject property pursuant to the state law, and thereafter commence any action necessary to obtain complete possession of the subject property without further court order or proceeding being necessary.

**IT IS FURTHER ORDERED** that:

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE